IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

PATIENCE AKA,
   Plaintiff,
     v.

SSA APPEAL OFFICERS,
   Defendant.

CIVIL ACTION FILE
NO. 1:13-CV-2003-TWT

### ORDER

This is a pro se action seeking to recover Social Security benefits. It is before the Court on the Report and Recommendation [Doc. 6] of the Magistrate Judge recommending dismissing the action for failing to comply with the Order directing her to file an amended pleading. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED without prejudice.

SO ORDERED, this 25 day of November, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\13\Aka\r&r.wpd